IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MCFARLAND                          :        CIVIL ACTION
                                   :
                                   :
                                   :
    v.                             :
                                   :
                                   :
KUTZTOWN                           :        NO. 02-3730

O R D E R

AND NOW, this 14th day of June, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Mary A. McLaughlin to the calendar of the Honorable Cynthia M. Rufe.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court