IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIN McFARLAND
                                          :              CIVIL ACTION
                                          :
        vs.                               :
                                          :              NO. 02-CV-3730
KUTZTOWN AREA TRANSPORT                    :
SERVICE, INC., et al.                      :

O R D E R


**AND NOW, TO WIT:** This 20th day of November, 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


**MICHAEL E. KUNZ**, Clerk of Court


**BY:**_____
                Christine L. Halligan
                Deputy Clerk

cc: 11/20/02, clh, by mail:
        Christina M. Mellott, Esquire
        Jeffrey R. Elliott, Esquire


Civ 2 (8/2000)
41(b).frm